**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 15, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| WD78276 | David E. Roberson vs. State of Missouri |
| WD78322 | Stephen L. Cook vs. State of Missouri |
| WD78857 | James Mills, et al vs. American Family Insurance Company, et al |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**None**